IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES C CIULLA | § | CASE NO. 09-29286-BAM-7 |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE BRUCE A. MARKELL |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**CitiMortgage, Inc.**
**1000 Technology Drive**
**O Fallon, Missouri 63368-2240**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 4360-N-2302
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

    I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 29, 2009:

**Debtors' Attorney**
Anthony Deluca
Attorney At Law
5830 W. FLAMINGO RD., #233
LAS VEGAS, NV  89103

**Chapter 7 Trustee**
Brian D. Shapiro
411 E. Bonneville Ave. #300
Las Vegas, Nevada 89101

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

/s/ Hilary B. Bonial

Hilary B. Bonial

4360-N-2302
noaelect